UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECTV, INC.,<br><br>                Plaintiff,<br><br>    vs.<br><br>BRYAN ELDER,<br><br>                Defendant. | NO.  C03-2663JCC (RSL)<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the Court *sua sponte*. On September 3, 2004, the Court issued an Order Removing Case from Active Caseload pending defendant Elder's payment of the remainder of his outstanding obligation. To date, the Court has not been informed regarding defendant's outstanding payment obligation.

      Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed. Plaintiff shall respond to this Order to Show Cause no later than May 24, 2012. The Clerk of the Court is directed to note this Order to Show Cause on the Court's calendar for May 25, 2012.

      DATED this 11th day of May, 2012.

                                                                    Robert S. Lasnik
                                                                  United States District Judge

ORDER TO SHOW CAUSE